UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANNE NDAYISENGA,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER,<br>Respondent. | Case No. 1:26-cv-09140-KES-CDB (HC)<br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>(Doc. 1) |

Petitioner Vianne Ndayisenga ("Petitioner"), a federal detainee proceeding pro se and *in forma pauperis*, initiated this action on November 5, 2026, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 while in custody of the Immigration and Customs Enforcement ("ICE") at the Adelanto ICE Processing Center in Adelanto, California. (Doc. 1).

Petitioner challenges her detainment in San Bernardino County, which is in the Central District of California. This Court lacks jurisdiction over the proper Respondent in this action (the unnamed warden of the out-of-district facility where Petitioner is in custody). *See generally Doe* v. *Garland*, 109 F.4th 1188 (9th Cir. 2024), *pet. for rehrng. en banc or panel rehrng denied*, No. 23-15361 (9th Cir. May 29, 2025). Therefore, the petition should have been filed in the United States District Court for the Central District of California, where Petitioner currently is detained. In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district. *See* 28 U.S.C. § 1631; *Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990) (transferring

habeas action pursuant to § 1631).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **November 6, 2026**

UNITED STATES MAGISTRATE JUDGE